**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



NOTICE

Appellate case name:          William Solomon Lewis v. Mark Anthony Aguirre

Appellate case number:     01-17-00063-CV

Trial court case number:     1062343

Trial court:                        County Civil Court at Law No. 4 of Harris County

Appellant, William Solomon Lewis, has filed a "Notice of Restricted Appeal" of the trial court's August 8, 2016 order of dismissal. The clerk's record was filed in this Court on March 7, 2017. Appellant has filed a "Motion to Supplement the Record," pursuant to Texas Rule of Appellate Procedure 34.5(e).[1] On April 17, 2017, the trial Court clerk filed a supplemental clerk's record in this Court, reflecting that the trial court "has no record" of a motion for continuance filed on July 27, 2016, and appellant's copy of the motion "does not have a receiv[ed] stamp indicating that we in fact received his motion." We **deny** the motion.

The Clerk of this Court is directed to send to appellant a copy of the one-volume supplemental clerk's record, filed on April 17, 2017.


Judge's signature:  /s/ Russell Lloyd
                        ☒ Acting individually      ☐ Acting for the Court

Date: April 25, 2017

---

[1]     Texas Rule of Appellate Procedure 34.5(e) provides that, if an item designated for inclusion in the clerk's record has been lost or destroyed, "the parties may, by written stipulation, deliver a copy of that item to the trial court clerk for inclusion in the clerk's record or a supplement" and, "[i]f the parties cannot agree," the trial court is to resolve any dispute. TEX. R. APP. P. 34.5(e); *see Goetz v. Goetz*, No. 01-10-00286-CV, 2012 WL 1454385, at *1 (Tex. App.—Houston [1st Dist.] Apr. 26, 2012, no pet.) (mem. op.).